UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TANIYHA S. BROWN,

                Plaintiff,                      20-cv-8652 (PKC)

    -against-                              ORDER

HIGHWAY TRANSPORT CHEMICAL, LLC
and CHRISTOPH CARDEA,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Plaintiff has failed to respond to defendants' letter of October 26, 2021 (Doc 15) within the time required. (Individual Practices at 3.B.)

        Plaintiff shall produce the interrogatory responses, documents and releases corresponding to the 7 items listed in the penultimate paragraph of defendants' letter to plaintiff's counsel of June 17, 2021 (Ex. C to the October 26 Letter), except that plaintiff need not supplement her response to Interrogatory 11 (which is beyond the permissible scope of Local Civil Rule 33.3(a)) nor provide a release to obtain records from plaintiff's employer.

        PLAINTIFF SHALL FULLY COMPLY WITH THIS ORDER BY NOVEMBER 22, 2021 OR THE COURT WILL IMPOSE SANCTIONS IN ACCORDANCE WITH RULE 37(b)(2)(A) & (C), FED. R. CIV. P.

        Letter motion (Doc 15) GRANTED in part and DENIED in part.

- 2 -

SO ORDERED.

_P. Kevin Castel_
P. Kevin Castel
United States District Judge

Dated: New York, New York
November 5, 2021