UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TANIYHA S. BROWN,

                        Plaintiff,                              20-cv-8652 (PKC)

     -against-                                         ORDER

HIGHWAY TRANSPORT CHEMICAL, LLC
and CHRISTOPH CARDEA,

                        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The record in this case is replete with discovery failures of the plaintiff requiring judicial intervention.

        In the latest, the defendants have come forward with evidence, including copies of records and a declaration of counsel, demonstrating that the plaintiff has failed to comply with this Court's clear Order of February 16, 2022 requiring the plaintiff to provide certain described authorizations for release of medical records within 14 days of the Order. Plaintiff neither fully complied nor sought an extension of time for compliance with the February 16 Order.

        Plaintiff has failed to respond to the March 4, 2022 application for sanctions in the time allowed for a response under the Court's Individual Practices, despite the specific provision governing the timing of a response having been brought to counsel's attention previously.

        IF PLAINTIFF FAILS TO BRING HERSELF INTO FULL COMPLIANCE WITH THE COURT'S ORDER OF FEBRUARY 16, 2022 BY MARCH 18, 2022, THE ACTION WILL BE DISMISSED WITH PREJUDICE.

Defendants may also submit their application for attorney's fees and costs associated with non-compliance with the February 16 Order within 21 days.

Letter motions (Doc 24 and 25) are terminated.

SO ORDERED.

                                                     P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
        March 11, 2022