UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TANIYHA S. BROWN,

                              Plaintiff,                           20-cv-8652 (PKC)

        -against-                                                        ORDER

HIGHWAY TRANSPORT CHEMICAL, LLC
and CRISTOPH CARDEA,

                              Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court sets the following schedule to bring this action to trial:

        1.     Plaintiff's proposed voir dire, proposed jury instructions, proposed verdict sheet and any in limine motions shall be filed by January 26, 2024. Also by January 26, 2024, plaintiff shall provide to defendants her portion of the proposed Joint Pre-Trial Order in MS Word Format.

        2.     Defendants' proposed voir dire, proposed jury instructions, proposed verdict sheet, any in limine motions and responses to plaintiff's in limine motions shall be filed by February 9, 2024. Also by February 9, 2024, defendants shall provide their portion of the Joint Pre-Trial Order to plaintiff in MS Word format.

        3.     Plaintiff's response to the defendants' in limine motions shall be filed by February 16, 2024.

        4.     By February 16, 2024 the parties shall file their proposed Joint Pre-Trial Order, including stipulations of fact. The proposed Joint Pre-Trial Order shall include any trial unavailability dates through November 2024. It shall also include a proposed time limit on the presentation of each side's evidence and argument expressed in hours. See the undersigned's Individual Practices for other requirements.

        5.     The Final Pre-Trial Conference in this action is set for March 28, 2024 at 11 a.m. in Courtroom 11D.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       December 19, 2023